UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Fernando Jose HERRERA BRAVO,<br><br>　　Petitioner,<br><br>　　v.<br><br>KRISTI NOEM, Secretary<br>U.S. Department of Homeland Security, *et al.*,<br><br>　　Respondents. | Case No. 1:26-cv-00307-ABA |

# ORDER

Upon consideration of the Petition for Writ of Habeas Corpus (ECF 1) (the "Petition"), the Notice filed by the Parties (ECF No. 8), the entire record in this case, the previous opinion of this Court in *Bautista Villanueva v. Bondi, et al.,* Case No. 25-cv-4152-ABA, 2026 WL 100595 (D. Md. Jan. 14, 2026), and the reasoning of the Central District of California in *Maldonado Bautista v. Noem*, Case No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), the Court finds that no further briefing is necessary, and the Petition can be decided without a hearing. It is hereby:

**ORDERED**, that the Petition is **GRANTED** in part, based on Petitioner's entitlement to the relief as set forth below, and is **DENIED** as to any further relief at this time:

1. Petitioner is detained under 8 U.S.C. § 1226(a) and Respondents are **ENJOINED** from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d), which shall be held within 14 days of the Petitioner's filing of a motion with the

Immigration Court;

3. The bond hearing may be conducted by any Immigration Judge with jurisdiction over the Petitioner's detention or with administrative control over Petitioner's removal proceedings and need not take place in Maryland;

4. The Petitioner shall file a status report with the Court if a bond hearing is not held by an Immigration Judge within 14 days of his filing of a motion for a bond hearing;

5. The parties SHALL fill a joint status report within 20 days of this Order;

6. Petitioner's request for attorney's fees and costs is **DENIED**.

    **ORDERED** that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this Order.

Dated:  February 5, 2026             */s/*
                                          Adam B. Abelson
                                          United States District Judge